IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL BROWN, | : | CIVIL ACTION |
| Plaintiff | : | NO. 2:12-cv-03187-ER |
| v. | : | |
| OMNI HOTELS & RESORTS<br>and<br>OMNI CHARLOTTE HOTEL<br>and<br>TRT HOLDINGS, INC.<br>and<br>OMNI HOTELS MANAGEMENT<br>CORPORATION<br>and<br>OMNI HOTELS, | : | |
| Defendants | : | |

## DISCLOSURE STATEMENT FORM

Please check one box:

☒ The nongovernmental corporate party, TRT Holdings, Inc., in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐ The nongovernmental corporate party, TRT Holdings, Inc., in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____

6/4/12
_____     _____
Date                Signature

Counsel for TRT Holdings, Inc.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
  (a)  WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:

   (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or

   (2) states that there is no such corporation.

(b) TIME To FILE; SUPPLEMENTAL FILING. A party must:
  (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
  (2) promptly file a supplemental statement if any required information changes.

## CERTIFICATE OF SERVICE

I, Michael A. Boomsma, Esquire do hereby certify that I caused a true and correct copy of the foregoing document(s) to be served upon the following person(s) at the following address(es) by sending same via Electronic Service (same is available for viewing and downloading from the ECF system):

>Jeffrey S. Shorr, Esquire
>DASHEVSKY, HORWITZ, KUHN
>AND NOVELLO, P.C.
>1315 Walnut Street, 12th Floor
>Philadelphia, PA 19107

**POST & SCHELL, P.C.**

By: *s/ Michael A. Boomsma*

Dated: June 7, 2012

Michael A. Boomsma, Esquire
Attorneys for Defendants
1857 William Penn Way
P.O. Box 10248
Lancaster, PA 17605-0248
(717) 291-4532
(717) 291-1609 – Fax
mboomsma@postschell.com
I.D. #: PA56062